ERIC B. KINGSLEY (SBN 185123)
DARREN M. COHEN (SBN 234155)
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel:   818.990.8300
Fax:   818.990.2903
Email: eric@kingsleykingsley.com
       dcohen@kingsleykingsley.com

Attorneys for Plaintiff
NICHOLAS MILLAN


MELINDA S. RIECHERT (SBN 65504)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:   650.843.4000
Fax:   650.843.4001
Email: mriechert@morganlewis.com

Attorneys for Defendant
CASCADE WATER SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NICHOLAS MILLAN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASCADE WATER SERVICES, INC.; and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No. 1:12-cv-01821-AWI-GSA<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Complaint Filed:     November 6, 2012 |

Plaintiff Nicholas Millan ("Plaintiff") and Defendant Cascade Water Services, Inc. ("Defendant" or "Cascade Water Services"), by and through their respective under-signed counsel, hereby stipulate and agree as follows:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 72703078.1

1

STIP AND ORDER TO CONTINUE
SCHEDULING CONFERENCE
CASE NO. 1:12-CV-01821-AWI-GSA

1. On January 4, 2013, this Court continued the Initial Scheduling Conference in the instant action to February 12, 2013 due to the unavailability of the Court.  Docket No. 10.

2. Counsel for Defendant Cascade Water Services is not available on February 12, 2013.

3. The Parties hereby agree and stipulate to continue the Initial Scheduling Conference to February 14, 2013 at 10:00 a.m.  Counsel for both parties agree to appear by telephone.

4. Such a brief continuance will not adversely impact the management of this case or result in undue prejudice or delay.

Dated: January 7, 2013                           KINGSLEY & KINGSLEY, APC

                                                 By  /s/ *Darren M. Cohen*
                                                     DARREN M. COHEN
                                                     Attorneys for Plaintiff
                                                     NICHOLAS MILLAN

Dated: January 7, 2013                           MORGAN, LEWIS & BOCKIUS LLP

                                                 By  /s/ *Melinda S. Riechert*
                                                     MELINDA S. RIECHERT
                                                     Attorneys for Defendant
                                                     CASCADE WATER SERVICES, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB1/ 72703078.1                                  2                    STIP AND ORDER TO CONTINUE
                                                                      SCHEDULING CONFERENCE
                                                                      CASE NO. 1:12-CV-01821-AWI-GSA

# ORDER

The Parties' requested continuance of the February 12, 2013 initial scheduling conference is hereby GRANTED. The new date for the initial scheduling conference is February 14, 2013 at 10:00 a.m. Counsel for both Parties may appear telephonically by arranging a one-line conference call prior to calling chambers at (559) 499-5960. An updated joint scheduling report must be filed by February 7, 2013, seven days before the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 8, 2013**              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
Palo Alto

DB1/ 72703078.1            3            STIP AND ORDER TO CONTINUE
                                        SCHEDULING CONFERENCE
                                        CASE NO. 1:12-CV-01821-AWI-GSA