UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS MILLAN, on behalf of himself and other similarly situated,**<br><br>**Plaintiff**<br><br>v.<br><br>**CASCADE WATER SERVICES, INC., and DOES 1 to 10 inclusive,**<br><br>**Defendant** | CASE NO. 1:12-CV-1821 AWI GSA<br><br>ORDER ON FINDINGS AND RECOMMENDATION AND MOTION TO CERTIFY CLASS AFTER NOTICE OF WITHDRAWAL<br><br>(Doc. Nos. 31, 36, 37) |

On February 21, 2014, Plaintiff filed a motion for preliminary approval of class settlement. See Doc. No. 31. On February 9, 2015, the Magistrate Judge issued a Findings and Recommendation ("F&R") that recommended denying Plaintiff's motion. See Doc. No. 36. On February 19, 2015, Plaintiff filed a notice. See Doc. No. 37. The notice states that the parties do not intend to file objections to the F&R, that Plaintiff will withdraw his February 2014 motion for preliminary approval, and that the parties intend to file a new motion for preliminary approval of class settlement. See id. In light of Plaintiff's notice, the Court will deny Plaintiff's February 2014 motion as withdrawn, and decline to adopt the F&R due to mootness.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for preliminary approval of class settlement (Doc. No. 31) is DENIED as withdrawn;

2. The Court DECLINES to adopt the February 9, 2015 F&R (Doc. No. 36) as moot; and

3. Nothing in this order shall be construed as preventing the parties from filing a new motion for preliminary approval of class settlement, as indicated in the February 19 notice (Doc. No. 37).

IT IS SO ORDERED.

Dated:   February 19, 2015

_____
SENIOR DISTRICT JUDGE