UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MILLAN, on behalf of of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CASCADE WATER SERVICES, INC.; and DOES 1 to 50, inclusive,<br>Defendants. | CASE NO.: 1:12-cv-01821-AWI-EPG<br><br>**ORDER GRANTING JOINT STIPULATION FOR AN EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

Based on the Parties' Joint Stipulation for an Extension to File Motion for Preliminary Approval of Class and Collective Action Settlement, and good cause appearing, the Court Orders as follows:

IT IS HEREBY ORDERED that Parties' may have a 30-day extension, to December 23, 2015, to file a new Motion for Preliminary Approval of Class and Collective Action Settlement.

IT IS SO ORDERED.

Dated:   November 20, 2015            _____
                                       SENIOR DISTRICT JUDGE